**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7434**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAVID DAVAGE,

Defendant - Appellant.

_____

**No. 98-7514**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAVID DAVAGE,

Defendant - Appellant.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-94-41-JFM, CA-97-4198-JFM)

_____

Submitted:  February 11, 1999          Decided:  March 4, 1999

_____

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Gerald David Davage, Appellant Pro Se.  Bryan Edwin Foreman, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Davage seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and order denying his motion for reconsideration.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability, deny Davage's motion for discovery, and dismiss the appeals on the reasoning of the district court.  See United States v. Davage, Nos. CR-94-41-JFM; CA-97-4198-JFM (D. Md. Aug. 26, 1998; Sept. 28, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED